Case No. 25-3196

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

JOHN KOE, a pseudonym, aka Nicholas Krudy

    Plaintiff - Appellant

v.

UNIVERSITY HOSPITALS HEALTH SYSTEM, INC.; UNIVERSITY HOSPITALS CLEVELAND MEDICAL CENTER

    Defendants - Appellees

  Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The proper fee was not paid by April 21, 2025.

  It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                        **ENTERED PURSUANT TO RULE 45(a),**
                                        **RULES OF THE SIXTH CIRCUIT**
                                        Kelly L. Stephens, Clerk

Issued:  May 07, 2025